FILED
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,                    )<br>v.                                                           )<br>                                                              )<br>COLLEEN WOOD,                            )<br>                                                              )<br>                    Defendant.                  ) | Case No. MAG. 08-0435 EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>COLLEEN WOOD</u>, Case No. <u>MAG. 08-0435 EFB</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_     Release on Personal Recognizance

_X_     Bail Posted in the Sum of $ _100,000.00_

_X_     Unsecured Appearance Bond _to be reduced by posting of property ~~cash~~ within 3 weeks combined with unsecured portion._
\_\_     Appearance Bond with 10% Deposit

\_\_     Appearance Bond with Surety

\_\_     Corporate Surety Bail Bond

_X_     (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _December 17, 2008_ at _2:50_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge