```
                                            FILED
                                            December 17, 2008
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                            CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> COLLEEN WOOD, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0435 EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>COLLEEN WOOD</u>, Case No. <u>MAG. 08-0435 EFB</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X   Bail Posted in the Sum of $ _100,000.00_

X   Unsecured Appearance Bond _to be reduced by posting of property ~~cash~~ within 3 weeks combined with unsecured_
__  Appearance Bond with 10% Deposit _portion._

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X   (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _December 17, 2008_ at _2:50_ pm.

By _/s/ Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge